IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN LATIMER,<br>        Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING,<br>        Defendant. | CIVIL ACTION NO.<br>1:20-cv-841-SCJ-CMS |

## ORDER

Jonathan Latimer has applied for permission to proceed in forma pauperis ("IFP"). See [Doc. 1]. Because Latimer reports that his total monthly income exceeds his total monthly expenses by more than $1,400 and he expects no major changes in either during the next 12 months, see [id. at & 5], I **DENY** his IFP application and **ORDER** him to **PAY** the $400 due in filing and administrative fees **WITHIN FOURTEEN (14) DAYS** of the entry date of this Order. Failure to comply with the terms of this Order may result in dismissal. See LR 41.3(A)(2), NDGa.

**SO ORDERED**, this 25th day of February, 2020.

_Catherine Salinas_
Catherine M. Salinas
United States Magistrate Judge